UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ROGER HARDIN | § | |
| | § | |
| V. | § | CASE NO. 9:14-CV-19 |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this case to the Honorable Keith Giblin, United States Magistrate Judge, for consideration. The magistrate judge submitted a report (Doc. #17) recommending that the Court affirm the Commissioner's decision denying plaintiff's application for social security benefits. The parties have not objected to the report. After consideration, the Court concludes that the magistrate judge's findings of fact and conclusions of law are correct. The report and recommendation (Doc. #17) is ADOPTED. The Court ORDERS that the decision of the Commissioner is affirmed. The Court will enter final judgment separately.

**SIGNED this 28th day of March, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE